UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL AARON DUTCHER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:23-cv-937 RHH |
| ANNE PRECYTHE, et al., | ) ) ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

Now before the Court is self-represented Plaintiff's motion to remand this case to state court. ECF No. 8. Plaintiff initiated this action in federal court. He now realizes that he was "ill-advised" and he has "become informed through further legal research that [he] should have filed this petition in Washington County Circuit Court." *Id.* at 1. Plaintiff further states that he already has a pending action in that circuit court, and that he should have filed this action "in conjunction with that case, not as a separate case in the district court." He requests that the Court "remove this complaint from this court and remand it" to state court. *Id.*

This federal court cannot remand an action to state court when the action originated here. "[F]ederal tribunals lack authority to remand to the state court system an action initiated in federal court." *Levin v. Com. Energy, Inc.*, 560 U.S. 413, 428 (2010). This Court can only remand actions that were removed from state court. *See* 28 U.S.C. § 1447 (remand is a procedure available for removed cases); *Streambend Properties II, LLC v. Ivy Tower Minneapolis, LLC*, 781 F.3d 1003, 1017 (8th Cir. 2015) (stating that "a district court has no power to remand a non-removed case to state court"). This case was not removed from state court. Plaintiff chose to file this action here.

– 2 –

If Plaintiff wishes to now seek relief from another court, he has the power to do that. If he no longer seeks to pursue relief from this Court, he should file a motion for voluntary dismissal.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to remand this action to state court [ECF No. 8] is **DENIED**.

**IT IS FURTHER ORDERED** that, within **twenty-one (21) days** of this Order, Plaintiff should file a motion to voluntary dismiss if he chooses to no longer pursue relief in this action. If Plaintiff does not file such a motion by this deadline, the Court will assume he wishes for this case to proceed. The Court warns Plaintiff that if his pending motion for leave to proceed *in forma pauperis* is granted, he will be responsible for the payment of the full filing fee for this action from his inmate account. *See* 28 U.S.C. § 1915(b)(1).

Dated this 22nd day of August, 2023.

_____
RODNEY H. HOLMES
UNITED STATES MAGISTRATE JUDGE